Jimmy Cornell SMITH, Petitioner–Appellant,

v.

Theodis BECK, Secretary, North Carolina Department of Corrections, Respondent–Appellee.

No. 02–7247.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 6, 2003.

Decided Jan. 22, 2003.

Jimmy Cornell Smith, Appellant Pro Se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jimmy Cornell Smith seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Smith has not made a substantial showing of the denial of a constitutional right. *See Smith v. Beck,* No. CA–01–890–5–BO (E.D.N.C. July 26, 2002). Ac-

cordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*